## STATE OF CONNECTICUT *v.* HOWARD WILCOX

The defendant's petition for certification for appeal from the Appellate Court (AC 26488) is denied.

*James F. Spallone,* in support of the petition.

*Sarah Hanna,* special deputy assistant state's attorney, in opposition.

Decided June 22, 2006

## CITIBANK, FSB *v.* ALAN KAUFMAN ET AL.

The petition by the defendants Alan Kaufman and Laurence Kaufman for certification for appeal from the Appellate Court (AC 26797) is denied.

*Ellery E. Plotkin* and *Alan Kaufman,* pro se, in support of the petition.

*Lloyd S. Lowinger,* in opposition.

Decided June 22, 2006

## GEORGE BATOR *v.* YALE-NEW HAVEN HOSPITAL

The plaintiff's petition for certification for appeal from the Appellate Court, 73 Conn. App. 576 (AC 22691), is denied.

NORCOTT, J., did not participate in the consideration or decision of this petition.

*George Bator,* pro se, in support of the petition.

*Margaret P. Mason* and *Elizabeth L. Leamon,* in opposition.

Decided June 29, 2006